[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-10645
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 1, 2010
JOHN LEY
ACTING CLERK

D. C. Docket No. 07-00134-CR-J-34-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRE MAURICE WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 1, 2010)

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

William Charles Fletcher and Richard Selinger, appointed counsel for Andre Maurice Walker, have filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, the motion to withdraw is **GRANTED**, and Walker's conviction and sentence is **AFFIRMED**.